**STATE of Missouri, Respondent,**

v.

**Jerry Duane MITCHELL, Appellant.**

**No. WD 60541.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Dec. 24, 2002.

Application for Transfer Denied
Jan. 28, 2003.

Daniel E. Hunt, Jefferson City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Jerry Duane Mitchell appeals from his conviction for statutory rape in the first degree, pursuant to Section 566.032 RSMo (2000). For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).